474 A.2d 650

Commonwealth v. Cunningham, Appellant.

Submitted January 5, 1984.  John Packel, Chief, Appeals, Assistant

Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.